AMEX ASPHALT CORPORATION et al., Appellants and Respondents,
*v.* CITY OF NEW YORK, Respondent and Appellant.

Argued May 28, 1942; decided June 18, 1942.

*Samuel L. Greenberg* and *Erwin Greenberg* for plaintiffs, appellants and respondents.

*William C. Chanler*, Corporation Counsel (*James Hall Prothero, Paxton Blair* and *Nelson Rosenbaum* of counsel), for defendant respondent and appellant.

Order affirmed, without costs. Question certified on appeal by plaintiff answered in the negative. Question certified on appeal by defendant answered in the affirmative. No opinion.

· Concur: LOUGHRAN, FINCH, RIPPEY, . LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., concurs as to the third defense, but dissents as to the first defense.